**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| DERRICK JEROME TAYLOR, II, | : | |
| Plaintiff, | : | 24-CV-410 (PAE) (OTW) |
| -against- | : | **ORDER** |
| LL FLOORING, INC. and MICHAEL KLINGA, | : | |
| Defendants. | : | |

---

**ONA T. WANG**, **United States Magistrate Judge:**

The Court hereby **ADOPTS** the deadlines in the parties' Rule 26(f) Report filed at ECF 13.

**SO ORDERED.**

Dated: April 3, 2024  
   New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge