UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DERRICK JEROME TAYLOR, II,

          Plaintiff,

          -against-

LL FLOORING, INC. and MICHAEL KLINGA,

          Defendants.

------------------------------------------------------------x

24-CV-410 (PAE) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 25.

Defendant Michael Klinga's motion to stay is **GRANTED**.

Defendant Klinga is directed to file status letters beginning **Thursday, November 22, 2024,** and every quarter thereafter apprising the Court of any developments in the bankruptcy proceedings.

This case is **STAYED** as to Defendant Michael Klinga until **Friday, November 29, 2024.**

The Clerk of Court is respectfully directed to close ECF No. 25.

**SO ORDERED.**

                                                          _s/ Ona T. Wang_

Dated: August 28, 2024                                 **Ona T. Wang**
          New York, New York                    United States Magistrate Judge