UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DERRICK JEROME TAYLOR, II,

         Plaintiff,

         -against-

LL FLOORING, INC. and MICHAEL KLINGA,

         Defendants.

-----------------------------------------------------------x

24-CV-410 (PAE) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 27. This case is already stayed as to LL Flooring under section 362(a) of the Bankruptcy Code. For the reasons stated in ECF 25, the Defendants' request to extend the stay of this case as to Defendant Michael Klinga is **GRANTED**. This case is now **STAYED** pending the outcome of the bankruptcy proceedings.

Plaintiff is directed to file quarterly status letters apprising the Court of any developments in the bankruptcy proceedings.

**SO ORDERED.**

Dated: November 22, 2024
       New York, New York

          *s/ Ona T. Wang*
          **Ona T. Wang**
          United States Magistrate Judge