**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
DERRICK JEROME TAYLOR, II,                          :
                                                    :
          Plaintiff,                      :        24-CV-410 (OTW)
                                                    :
          -against-                       :
                                                    :        **ORDER**
                                                    :
LL FLOORING, INC. and MICHAEL KLINGA,               :
                                                    :
          Defendants.                     :
                                                    :
                                                    :
-------------------------------------------------------------x

       **ONA T. WANG, United States Magistrate Judge:**

       This case was stayed on November 22, 2024, pending the resolution of the related bankruptcy proceeding. (ECF 28). In that same Order, Defendant Klinga was directed to file status letters beginning **Thursday, November 22, 2024,** and every quarter thereafter apprising the Court of any developments in the bankruptcy proceedings. No such letter has been filed on the docket, meaning **five status letters** have been missed. Plaintiff is hereby directed to file a status letter by **Friday, July 10, 2026.**

       **SO ORDERED.**


                                      _s/ Ona T. Wang_
Dated: May 22, 2026                    **Ona T. Wang**
      New York, New York          United States Magistrate Judge