**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

DERRICK JEROME TAYLOR, II,

Plaintiff,

-against-

LL FLOORING, INC. and MICHAEL KLINGA,

Defendants.

---------------------------------------------------------------x

24-CV-410 (OTW)

**ORDER OF DISMISSAL**

**ONA T. WANG, United States Magistrate Judge:**

On November 22, 2024, the Court stayed this case and directed Plaintiff to file status letters beginning Thursday, November 22, 2024, and every quarter thereafter, apprising the Court of any developments in Defendant LL Flooring's bankruptcy proceedings.

On October 27, 2026, the Court ordered Plaintiff—having never filed *any* status letters—to show cause by November 6, 2026 why this action should not be dismissed for failure to prosecute under Fed. R. Civ. P. 41(b). (ECF 30).

Plaintiff failed to file anything on the docket; accordingly, Plaintiff has failed to show cause.

Accordingly, the Court now hereby **DISMISSES** this action for failure to prosecute under Fed. R. Civ. P. 41(b).

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: November 16, 2026
New York, New York